SILVERIUS KOELLHOFFER, Respondent and Appellant, *v.* HENRY HILLEBRAND, Appellant, and CHARLES H. SCHNEIDER et al., Respondents, Impleaded with Others.

*Koellhoffer* v. *Hillebrand*, 144 App. Div. 915, affirmed.
(Argued January 15, 1913; decided February 4, 1913.)

APPEAL, by defendant appellant, from so much of a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 19, 1911, as affirmed as against him a judgment in favor of plaintiff entered upon the report of a referee in an action for deceit. Appeal by plaintiff from so much of the order of said Appellate Division, entered April 28, 1911, as reversed, as to the defendants respondents, the said judgment in favor of plaintiff and granted a new trial as to them.

*Fred L. Gross* and *George W. McKenzie* for plaintiff, respondent and appellant.

*Joab H. Banton* for defendant appellant and for defendants respondents.

Judgment as against appellant Hillebrand affirmed, with costs; order granting a new trial to defendants respondents affirmed and judgment absolute ordered against plaintiff appellant on the stipulation, with costs in all courts; no opinion.

· Concur: CULLEN, Ch. J., WERNER, WILLARD BART-LETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.